

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2014

No. 04-12-00823-CV

Joel M. **HAILEY**,
Appellant

v.

Joseph **PADUH** III, Temporary Administrator of the Estate of Joe Perry Corzine, Deceased, and
Stephen P. Takas Jr., Trustee of the Joe Perry Corzine Trust, and Successor Independent
Executor of the Estate of James L. Corzine, Deceased,
Appellees

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-0856A
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

The Appellee's Second Unopposed Motion for Extension of Time to File Motion for Rehearing and En Banc Reconsideration is GRANTED.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court